UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,  )
                                                 )  CASE NO. CR17-324 JLR
    Plaintiff,                   )
                                                 )
    v.                                     )
                                                 )  DETENTION ORDER
DERICO FULLER,                  )
                                                 )
    Defendant.                 )
_____ )

<u>Offense charged</u>:    Conspiracy to Commit Bank Fraud; Aggravated Identity Theft; Forfeiture Allegations

<u>Date of Detention Hearing</u>:    January 4, 2018.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    1.    Defendant was not interviewed by Pretrial Services, so his back ground

information is not known or verified. He has entered a plea of guilty to the instant charges and is pending sentencing. Concurrently, he has admitted five violations of supervised release in Case No. CR08-0042 MJP and was ordered detained in that matter. Defendant does not oppose entry of an order of detention.

2. Defendant poses a risk of nonappearance based on lack of verified background information and a history of non-compliance and committing new offenses on supervision, as well as association with multiple aliases, outstanding warrants and pending criminal matters. Defendant poses a risk of danger based on the nature of the offense and criminal history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services

Officer.

DATED this 4th day of January, 2018.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3