The Hon. James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR17-324-JLR |
| Plaintiff, | [PROPOSED] |
| v. | **ORDER OF FORFEITURE** |
| DERICO FULLER, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Order of Forfeiture (the "Motion") seeking to forfeit to the United States the Defendant's, Derico Fuller, interest in the following property:

- A judgment for a sum of money in the amount of $100,000, representing any property that constitutes or is derived from proceeds the Defendant obtained directly or indirectly as the result of the violation set forth in Count 1 of the Information.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, HEREBY FINDS that entry of an Order of Forfeiture is appropriate because of the following:

//

[Proposed] Order of Forfeiture - 1
*United States v. Fuller*, CR17-324-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The Defendant was charged by an Information that included an allegation for forfeiture, pursuant to 18 U.S.C. § 982(a)(2)(A), of a sum of money of an amount representing any property that constitutes or is derived from proceeds the Defendant obtained directly or indirectly as the result of the violation set forth in Count 1 of the Information (Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. §§ 1344(1) and (2) and 1349) (Dkt. No. 1);
- The Defendant has agreed, pursuant to the Plea Agreement entered on January 4, 2018, to forfeit a sum of money in the amount of $100,000, representing any and all property constituting, or derived from, proceeds the Defendant obtained as the result of the violation charged in Count 1 of the Information, and Defendant further admitted that he personally obtained not less than $100,000 in proceeds as a result of the violation (Dkt. No. 10, ¶¶ 8–9);
- The evidence in the record, including information contained within the Plea Agreement, has established the requisite nexus between the above-described sum of money and the offense of conviction, pursuant to Fed. R. Crim. P. 32.2(b)(1)(B); and
- No ancillary proceeding is required to the extent that the forfeiture consists of a judgment for a sum of money representing proceeds obtained as the result of the charged offense, pursuant to Fed. R. Crim. P. 32.2(c)(1).

NOW, THEREFORE, THE COURT ORDERS:

1) Pursuant to 18 U.S.C. § 982(a)(2)(A) and the Plea Agreement, the Defendant's interest in a sum of money in the amount of $100,000 is fully and finally forfeited, in its entirety, to the United States;

2) No right, title, or interest in the above-described sum of money exists in any party other than the United States;

[Proposed] Order of Forfeiture - 2
*United States v. Fuller*, CR17-324-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)-(B), this Order will become final as to the Defendant at the time he is sentenced, will be made part of the sentence, and, it will be included in the judgment;

4) Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy the judgment for the above-described sum of money of $100,000 in whole or in part, the United States may move to amend this Order, at any time, to substitute property having a value not to exceed $100,000; and,

5) This Court will retain jurisdiction in this case for the purpose of enforcing this Order.

The Clerk of Court is directed to serve a copy of this Order of Forfeiture on all parties of record.

DATED this 23rd day of March, 2018.

THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Neal B. Christiansen*
NEAL B. CHRISTIANSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-4169
Neal.Christiansen2@usdoj.gov

[Proposed] Order of Forfeiture - 3
*United States v. Fuller*, CR17-324-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970