The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DERICO FULLER, <br><br> Defendant. | No. CR17-0324JLR <br><br> GOVERNMENT'S MOTION TO FILE AN OVERLENGTH RESPONSE TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. §3582(c)(1) <br><br> NOTED: April 10, 2020 |

Comes now the United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and Andrew C. Friedman, Assistant United States Attorney for said District, and moves this Court for an order permitting the Government to file a Response to Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(1) that does not exceed 20 pages in length. Defendant's Motion raises a number of complicated procedural issues. The Government

//
//
//

GOVERNMENT'S MOTION TO FILE OVERLENGTH RESPONSE - 1
UNITED STATES v. DERICO FULLER (No. CR17-0324JLRP)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

requests permission to file an overlength brief, so that it can adequately respond to Defendant's motion and address those issues

DATED: this 10th day of April, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*/s/ Andrew C. Friedman*
ANDREW C. FRIEDMAN
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-2277
Fax: (206) 553-0882
E-mail: Andrew.Friedman@usdoj.gov

GOVERNMENT'S MOTION TO FILE OVERLENGTH RESPONSE - 2
UNITED STATES v. DERICO FULLER (No. CR17-0324JLRP)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|   |   |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

      I hereby certify that on April 10, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant.

/s/ Elizabeth Gan
ELIZABETH GAN
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4370
FAX:   (206) 553-0882
E-mail: Elizabeth.Gan@usdoj.gov

GOVERNMENT'S MOTION TO FILE OVERLENGTH RESPONSE - 3
UNITED STATES v. DERICO FULLER (No. CR17-0324JLRP)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR17-0324JLR |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| DERICO FULLER, | |
| Defendant. | |

THE COURT having read and considered the Government's Motion to File an Overlength Response to Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(1);

IT IS HEREBY ORDERED that the motion is GRANTED. The Government may file a response that does not exceed 20 pages in length.

DATED this  13th  day of April, 2020.

_____
JAMES L. ROBART
United States District Judge

Presented by:

*s/ Andrew C. Friedman*
ANDREW C. FRIEDMAN
Assistant United States Attorney